IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN O. THOMPSON,                     :
                                      :
        Plaintiff(s),                 :
                                      :   Case Number: 1:07cv161
    vs.                               :
                                      :   District Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY,      :
                                      :
        Defendant(s).                 :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on February 29, 2008(Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 20, 2008, hereby ADOPTS said Report and Recommendations.

The decision of the Commissioner is **AFFIRMED** and this case is **DISMISSED** from the docket of this Court.

IT IS SO ORDERED.


                                          ___s/Susan J. Dlott_____
_                                         Susan J. Dlott
                                          United States District Judge